**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ12-416 |
| Plaintiff, | |
| v. | ORDER REVOKING BOND AND DETENTION ORDER |
| DORIS ZENTENO, | |
| Defendant. | |

Offense charged:

  Bond Violation

Bond Revocation: December 7, 2012

On August 14, 2012, defendant appeared for a detention hearing before the U.S. Magistrate Judge James P. Donohue after which defendant was released on an appearance bond that included restrictions that she not commit any violations of law.

On November 21, 2012, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of her bond as follows:

1. Doris Zenteno has violated a special condition of bond requiring she submit to drug and alcohol testing as directed by Pretrial Services, by failing to submit to

ORDER REVOKING BOND AND
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

testing on November 1, November 5, 2012, and November 8, 2012, and November 15, 2012.

2. Doris Zenteno has violated a special condition of bond requiring that she participate in outpatient substance abuse treatment as directed by Pretrial Services, by failing to participate in outpatient substance abuse treatment.

3. Doris Zenteno has violated a special condition of bond requiring that she participate in mental health counseling as directed by Pretrial Services, by failing to participate in a mental health assessment on November 13, 2012.

On December 4, 2012, the defendant made her initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. She was advised of her rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. She was advised of the bond violation allegations. Defendant denied alleged violations 1, 2 and 3.

On December 7, 2012, defendant appeared for an evidentiary hearing on the alleged violations 1, 2 and 3. She admitted violations 1, 2 and 3.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On August 14, 2012, defendant was released on bond with pretrial supervision and special conditions.

(2) The defendant has failed to abide by the terms of her bond, as set forth in the bond violation allegation above.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

  (2) Defendant shall be detained pending trial and is committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

  (5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

  DATED this 7th day of December, 2012.

          *James P. Donohue*
          _____
          JAMES P. DONOHUE
          United States Magistrate Judge

ORDER REVOKING BOND AND
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3